IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALLSTATE INSURANCE COMPANY                                              PLAINTIFF

VS.                              CASE NO. 05-CV-1070

TY KEITH and MATTHEW McCURDY                                          DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal filed on behalf of all parties in the above styled and numbered case. The parties state that a compromise settlement has been reached in the underlying state court tort action, thereby, making this action for declaratory judgment moot. Therefore, the Court finds that the above styled and numbered case should be and hereby is **dismissed**.

IT IS SO ORDERED, this 7th day of June, 2006.

                                                                 /s/Harry F. Barnes
                                                       Hon. Harry F. Barnes
                                                       United States District Judge